

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2017

No. 04-17-00091-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Hector R. **RAMIREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT002640-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's reply brief is due on December 12, 2017. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed an unopposed first motion for extension of time to file the reply brief until January 11, 2018, for an extension of thirty days.

Appellant's motion is GRANTED. Appellant's reply brief is due on January 11, 2018. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court